## HICKS v CORTLAND (village)

Ohio Supreme Court

No. 22253. Decided Dec. 24, 1930

For full opinion see 123 Oh St 14 (Oh Bar 2-3-31).